United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00180-HWV

Stephen Marc Troy  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4
Date Rcvd: Mar 09, 2023     Form ID: ntcnfhrg     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Marc Troy, 15 N Middlesex Road, Carlisle, PA 17013-1628 |
| 5518561 | + | ALISON TROY, 15 N MIDDLESEX ROAD, CARLISLE, PA 17013-1628 |
| 5518562 | | ALLY FINANCIAL INC, ATT CEO JEFFREY J BROWN, ALLY DETROIT CENTER, DETROIT, MI 48226 |
| 5518563 | + | ALMEDIN MESIC OWNER, MESIC SERVICES, 912 HARRISBURG PIKE, CARLISLE, PA 17013-1540 |
| 5518566 | + | CAPITAL ADVANCE SERVICES LLC, REGISTERED AGENT, 187 WOLF ROAD, STE 101, ALBANY, NY 12205-1138 |
| 5518568 | | CB/WMESTGATE, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5518569 | | CFG MERCHANT SOLUTIONS LLC, 201 NJ-17 #805, RUTHERFORD, NJ 07070 |
| 5518571 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5518573 | + | CORPORATION SERVICE COMPANY, 801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703-4261 |
| 5518575 | | CUMBERLAND COUNTY TAX BUREAU, 21 WATERFORD DRIVE, STE 201, MECHANICSBURG, PA 17050-8268 |
| 5518576 | ++ | DELMARVA POWER & LIGHT COMPANY, 500 N WAKEFIELD DRIVE 92DC42, LEGAL DEPT 92DC42, NEWARK DE 19702-5440 address filed with court:, DELMARVA POWER, PO BOX 231, WILMINGTON, DE 19899-0231 |
| 5518580 | + | IRWIN FUNDING LLC, 25 MAIN STREET, STE 11, EDISON, NJ 08837-3448 |
| 5518583 | ++ | LETORT WAREHOUSES INC, ATTN ATTN PAUL SHEAFFER, 2464 LOBACH DR, MECHANICSBURG PA 17055-5376 address filed with court:, LETORT WAREHOUSES INC, 405 N EAST STREET, CARLISLE, PA 17013 |
| 5518582 | ++ | LETORT WAREHOUSES INC, ATTN ATTN PAUL SHEAFFER, 2464 LOBACH DR, MECHANICSBURG PA 17055-5376 address filed with court:, LETORT WAREHOUSES INC, 405 NORTH EAST STREET, CARLISLE, PA 17013 |
| 5518586 | + | MESIC SERVICES, 912 HARRISBURG PIKE, CARLISLE, PA 17013-1540 |
| 5518587 | + | MIDDLESEX TWP MUNICIPAL AUTHORITY, 350 N MIDDLESEX RD #2, CARLISLE, PA 17013-8422 |
| 5518589 | + | PDM CAPITAL LLC, 39 BROADWAY 1908, NEW YORK, NY 10006-3003 |
| 5518595 | + | TRICIA D NAYLOR ESQUIRE, BARIC & SCHERER LLC, 19 W SOUTH STREET, CARLISLE, PA 17013-3445 |
| 5520484 | + | Unifund CCR LLC, c/o Tsarouhis Law Group, 21 South 9th Street, Allentown, PA 18102-4861 |
| 5525867 | + | Westgate Vacation Villas Owners Association, Inc., 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |
| 5525862 | + | Westgate Vacation Villas, LLC, 2801 Old Winter Garden Rd, Ocoee, FL 34761-2965 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2023 18:53:39 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 09 2023 18:43:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5518564 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2023 18:53:40 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5520606 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2023 18:43:27 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5525849 | | Email/PDF: bncnotices@becket-lee.com | Mar 09 2023 18:53:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5518565 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 18:53:49 | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5525650 | + | Email/Text: alexis@multisourcellc.com | Mar 09 2023 18:43:00 | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 5518567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2023 18:43:35 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5518570 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 18:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5518572 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 18:44:00 | COMMONWEALTH OF PA, DEPT OF REV, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5518574 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 09 2023 18:43:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5520783 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2023 18:53:56 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5518596 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 09 2023 18:43:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5518577 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 18:43:00 | INFINITI FIN, PO BOX 660366, DALLAS, TX 75266-0366 |
| 5518578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2023 18:43:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5523165 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 18:43:00 | Infiniti Financial Services, PO Box 9013, Addison, Texas 75001-9013 |
| 5518581 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 09 2023 18:53:56 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5522909 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 09 2023 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5518583 | | Email/Text: psheaffer@comcast.net | Mar 09 2023 18:43:00 | LETORT WAREHOUSES INC, 405 N EAST STREET, CARLISLE, PA 17013 |
| 5518582 | | Email/Text: psheaffer@comcast.net | Mar 09 2023 18:43:00 | LETORT WAREHOUSES INC, 405 NORTH EAST STREET, CARLISLE, PA 17013 |
| 5523764 | | Email/Text: camanagement@mtb.com | Mar 09 2023 18:43:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5518585 | + | Email/Text: camanagement@mtb.com | Mar 09 2023 18:43:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5524699 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2023 18:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5518588 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 09 2023 18:43:00 | NISSAN INF LT, PO BOX 660366, DALLAS, TX 75266-0366 |
| 5521837 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 18:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5524271 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 18:43:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5518590 | + | Email/Text: collections@sidneyfcu.org | Mar 09 2023 18:44:00 | SIDNEY FCU, 42 UNION STREET, SIDNEY, NY 13838-1440 |
| 5518591 | + | Email/Text: bankruptcy@sw-credit.com | Mar 09 2023 18:44:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5518592 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Mar 09 2023 18:43:31 | SYNCB/PPC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5521011 | + | Email/Text: collections@sidneyfcu.org | Mar 09 2023 18:44:00 | Sidney Federal Credit Union, PO Box 198, Sidney, NY 13838-0198 |
| 5518657 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2023 18:43:20 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5518593 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 09 2023 18:43:00 | TBOM/FORTIVA, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5518594 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 18:53:49 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5518597 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Mar 09 2023 18:43:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5518802 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 09 2023 18:43:25 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5518598 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 09 2023 18:43:22 | WELLS FARGO CARD SERVICES, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 5518599 | | Email/Text: bankruptcy_notices@wgresorts.com | Mar 09 2023 18:43:00 | WESTGATE RESORTS, 5601 WINDHOVER DRIVE, ORLANDO, FL 32819 |
| 5525676 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 09 2023 18:53:39 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5518584 | | LIEN HOLDER |
| 5518579 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Kara Katherine Gendron
on behalf of Debtor 1 Stephen Marc Troy
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Michael Patrick Farrington
on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen Marc Troy,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00180−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 19, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 26, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 9, 2023 |

ntcnfhrg (08/21)