**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephen Marc Troy <br> Debtor(s) | CHAPTER 13 |
| M&T BANK <br> Movant <br> vs. <br> Stephen Marc Troy <br> Debtor(s) | NO. 23-00180 HWV |
| Jack N. Zaharopoulos <br> Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF NON-CONCURRENCE

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorneys for Movant/Applicant