# EXHIBIT C



**Record & Return to:**

**IASR Law**
**Attn: R. Borden**
**805 Route 146**
**Clifton Park, NY 12065**

M & T Bank
One Fountain Plaza
Buffalo NY 14213
Prepared by: Gabriel Foster Asset Manager

## Assignment of Mortgage

**For Value Received,** the undersigned holder of a Mortgage, <u>Mortgage Electronic Registration Systems, Inc. (MERS, Inc.) as Nominee for M&T BANK*</u> (herein "Assignor") whose address is c/o M & T Bank, 1 Fountain Plaza, Buffalo, New York 14203, does hereby grant, sell, assign, transfer and convey, unto <u>M & T Bank, located at 1 Fountain Plaza, Buffalo, New York,</u> a certain Mortgage dated <u>May 15, 2009</u> made and executed by <u>Stephen M. Troy</u> to <u>MERS, as nominee for M&T BANK</u> as such Mortgage having been given to secure payment of $95,733.00 which is of record in Book N/A at Page N/A in Instrument Number 200916302 on May 18, 2009 in the County of Cumberland and State of Pennsylvania, together with the note and obligations therein described and the money due and to become thereon interest, and all rights accrued or to accrue under such in the County of Cumberland and State of Pennsylvania.

Said property located at: 15 N MIDDLESEX ROAD CARLISLE, PA 17013
Tax ID:

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on ___10/30/12___.

Witness: **MELISSA A BRUNNER**

Witness: **BARBARA A BACKUS**

MERS.*

Colleen M Newton, Asst. Vice President,

ACKNOWLEDGEMENT

State of New York
County of Erie

On the __30th__ day of __October__, 2012, before me, the undersigned, personally appeared, __Colleen M Newton AVP__, personally known to me to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by her signature on the instrument, the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in Erie County.

Notary Public
Commission Expires:
No:
County of _____, State of

GABRIEL J FOSTER
Lic #01FO6246826
Notary Public-State of New York
Qualified in ERIE
My Commission Expires 08/15/2015



### ROBERT P. ZIEGLER
### RECORDER OF DEEDS
### CUMBERLAND COUNTY
### 1 COURTHOUSE SQUARE
### CARLISLE, PA 17013
### 717-240-6370

**Instrument Number - 201303242**
**Recorded On 1/30/2013 At 1:29:29 PM**          **\* Total Pages - 2**
\* Instrument Type - ASSIGNMENT OF MORTGAGE
  Invoice Number - ████          User ID - ████
\* Mortgagor - TROY, STEPHEN M
\* Mortgagee - M & T BANK
\* Customer - IANNIELLO ANDERSON ETC
\* FEES

| | |
|---|---|
| STATE WRIT TAX | $0.50 |
| STATE JCS/ACCESS TO JUSTICE | $23.50 |
| RECORDING FEES - RECORDER OF DEEDS | $11.50 |
| PARCEL CERTIFICATION FEES | $10.00 |
| COUNTY ARCHIVES FEE | $2.00 |
| ROD ARCHIVES FEE | $3.00 |
| TOTAL PAID | $50.50 |

---

### Certification Page

## DO NOT DETACH

### This page is now part
### of this legal document.

---

I Certify this to be recorded
in Cumberland County PA



RECORDER OF DEEDS

\* - Information denoted by an asterisk may change during
the verification process and may not be reflected on this page.