# EXHIBIT D

# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephen Marc Troy | | |
| | Debtor(s) | CHAPTER 13 |
| M&T BANK | | NO. 23-00180 HWV |
| | Movant | |
| vs. | | |
| Stephen Marc Troy | | |
| | Debtor(s) | |
| Jack N. Zaharopoulos | | |
| | Trustee | |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED 5/15/2009

Mortgage Recorded on May 18, 2019, in Cumberland County, Instrument Number 200916302.

**Property Address:**
15 North Middlesex Road Carlisle, PA 17013

**Mortgage Servicer**
M&T BANK

**Post Petition mailing address for Debtor(s) to send payments:**

M&T BANK
PO BOX 1288
Buffalo, NY 14240

**Mortgagor(s)/Debtor(s):**

Stephen Marc Troy

**Payments are contractually due:**      Monthly _X_      Semi-Monthly___      Bi-Weekly___      Other____

**Monthly Payment is comprised of:**
| | |
|---|---|
| Principal & Interest: | $340.73 |
| R.E. Taxes: | $_____ |
| Insurance: | $_____ |
| Late Charge: | $_____ |
| Other: | $291.47 (Specify: Escrow) |
| **TOTAL:** | $632.20 |

Rev. 09/01/14

**POST PETITION PAYMENTS (Petition was filed on January 27, 2023)**

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| $632.20 | 2/1/2023 | | | | |
| $632.20 | 3/1/2023 | | | | |
| $632.20 | 4/1/2023 | | | | |
| Total Due: | $$1,896.60 | Total Received: | $0.00 | Arrears: | $1,896.60 |

(Continue on attached sheets if necessary)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 3 as of April 13, 2023

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $1,896.60 as of April 13, 2023

Dated: 04/18/2023

M&T Bank
Mortgage Company
Dawn Coppola/ Assistant Vice President
(Print Name and Title)

*Dawn Coppola*