# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephen Marc Troy | | CHAPTER 13 |
| | Debtor(s) | |
| M&T BANK | Movant | |
| vs. | | NO. 23-00180 HWV |
| Stephen Marc Troy | Debtor(s) | |
| Jack N. Zaharopoulos | Trustee | 11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Denise Carlon, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of M&T BANK for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on April 21, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Stephen Marc Troy
15 North Middlesex Road
Carlisle, PA 17013

Attorney for Debtor(s)
Kara Katherine Gendron, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: April 21, 2023

/s/Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com