# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

May 24, 2023

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re: Stephen Marc Troy
Bankruptcy No:1:23-bk-00180

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

CFG MERCHANT SOLUTIONS LLC
201 NJ-17 #805
RUTHERFORD, NJ 07070

to:

CFG MERCHANT SOLUTIONS LLC
65 HARRISTOWN ROAD, STE 208
GLEN ROCK, NJ 07452-3317


Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law