IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>STEPHEN MARC TROY,<br><br>    Debtor,<br><br>SIDNEY FEDERAL CREDIT UNION,<br><br>    Movant,<br><br>        V.<br><br>STEPHEN MARC TROY,<br>and<br>JACK N ZAHAROPOULOS,<br>Trustee,<br>    Respondents. | Bankruptcy No. 1:23-bk-00180-HWV<br><br>Chapter 13<br><br>Doc. No. |

## **ENTRY OF APPEARANCE**

TO:    CLERK OF COURTS

    Kindly enter the appearance of GERALD CONNOR, ESQUIRE and MARGOLIS EDELSTEIN on behalf of Interested Party, SIDNEY FEDERAL CREDIT UNION, in the above-captioned case.

                                        Respectfully submitted,

                                        MARGOLIS EDELSTEIN

Dated: March 20, 2025              By: */s/ Gerald Connor*_____
                                                Gerald Connor, Esquire
                                                PA I.D. No. 77406
                                                220 Penn Avenue, Suite 305
                                                Scranton, PA 18503
                                                Phone: (570) 342-4231
                                                Email: gconnor@margolisedelstein.com
                                                *Counsel for Sidney Federal Credit Union*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing ENTRY OF APPEARANCE was served by U.S. First-Class Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

Kara Katherine Gendron
Mott & Gendron Law
125 State Street Harrisburg, PA 17101
karagendron@gmail.com
*(Counsel for Debtor, Stephen Marc Troy)*

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
*(Trustee)*

MARGOLIS EDELSTEIN

Dated: March 20, 2025      By: */s/ Gerald Connor*
Gerald Connor, Esquire
PA I.D. No. 77406
220 Penn Avenue, Suite 305
Scranton, PA 18503
Phone: (570) 342-4231
Email: gconnor@margolisedelstein.com
*Counsel for Sidney Federal Credit Union*