IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>STEPHEN MARC TROY,<br><br>    Debtor,<br><br>Sidney Federal Credit Union,<br><br>    Movant,<br><br>        V.<br><br>STEPHEN MARC TROY,<br>and<br>JACK N ZAHAROPOULOS, Trustee,<br>    Respondents. | Bankruptcy No. 1:23-bk-00180-HWV<br><br>Chapter 13<br><br>Doc. No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 7, 2025, I served copies of the Order of Court granting Sidney Federal Credit Union's Motion for Relief from the Automatic Stay by first class U.S. Mail, postage prepaid at the following addresses:

Stephen Marc Troy
C/O Kara Katherine Gendron
Mott & Gendron Law
125 State Street Harrisburg, PA 17101
karagendron@gmail.com

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

                                      MARGOLIS EDELSTEIN

                            By: /s/ Gerald Connor_____
                                Gerald Connor, Esq.
                                PA I.D. No. 77406