| | |
|---|---|
| In re: | Case No. 23-00180-HWV |
| Stephen Marc Troy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 04, 2025 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5523764 | Email/Text: camanagement@mtb.com | Dec 04 2025 18:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gerald A. Connor | on behalf of Creditor Sidney Federal Credit Union gconnor@margolisedelstein.com dlaletas@margolisedelstein.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Stephen Marc Troy kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Keri P Ebeck | on behalf of Creditor Nissan Motor Acceptance Company LLC FKA Nissan Motor Acceptance Corporation as Servicer for Infiniti Financial Services kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Regina Cohen | |

on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LLC rcohen@lavin-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| STEPHEN MARC TROY | : | |
| | : | CASE NO. 1:23-bk-00180 |
| Debtor | : | |
| | : | |
| STEPHEN MARC TROY | : | |
| | : | |
| | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| M&T BANK | : | |
| Respondent | : | |

## ORDER

Upon consideration of the Motion for Approval of Loan Modification filed by the Debtor, Doc. 90, and no objections having been filed, it is

**ORDERED** that the Motion is **GRANTED** and the Loan Modification is approved. The Respondent may amend any proof of claim that it has filed so that it is consistent with the Modification.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 4, 2025